UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-CV-62086-COHN

WILLIAM L. TAYLOR,

    Plaintiff,

vs.

THE MERCHANTS #1 OF
DAVIE, INC. and
6553 REAL ESTATE ASSOC., INC.,

    Defendants.

_____/

## UNOPPOSED MOTION TO APPROVE CONSENT DECREE AND TO DISMISS DEFENDANTS WITH PREJUDICE

Plaintiff, WILLIAM L. TAYLOR ("Plaintiff") hereby files this Unopposed Motion seeking the Court's Approval of the Consent Decree between Plaintiff and Defendants THE MERCHANTS #1 OF DAVIE, INC. and 6553 REAL ESTATE ASSOC., INC. ("Defendants") (collectively the "Parties") and to Dismiss Defendants with Prejudice.

    1.    Plaintiff filed the instant cause of action alleging that the Facility and property operated and/or owned by Defendants violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

    2.    The matters raised by Plaintiff's Complaint relating to Defendants have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1."

3. In accordance therewith, Plaintiff requests that the Court review, approve and ratify the Settlement. Additionally, Plaintiff requests the Court retain jurisdiction to enforce the terms of the Settlement. *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012). The agreement is conditioned upon the Court's retaining jurisdiction to enforce the agreement.

4. As part of the Settlement reached between Plaintiff and Defendants, Plaintiff has agreed to dismiss this action with prejudice. Accordingly, the Plaintiff requests, upon the Court's review, approval and ratification of the Settlement that this action be dismissed with prejudice and this case be closed.

5. Except as otherwise stated in the Settlement, each party to bear their own fees and costs.

6. As indicated by the signature of the Defendants on the Agreement, Defendants do not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order approving the attached Settlement, dismissing the claims asserted by Plaintiff against Defendants with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 12th day of November 2015.

/s/ Douglas S. Schapiro, Esq.
Douglas S. Schapiro, Esq.
Fla. Bar # 54538
Schapiro Law Group, P.L.
Attorneys for Plaintiff
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
Tel: 561-807-7388
Fax: 561-807-7198
Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system on this 12th day of November 2015.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538