UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62086-CIV-COHN/SELTZER

WILLIAM L. TAYLOR,

    Plaintiff,

v.

THE MERCHANTS #1 OF
DAVIE, INC., and 6553 REAL
ESTATE ASSOC., INC.,

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 12] ("Motion"). The Court has considered the Motion, the Consent Decree [DE 12-1], and is otherwise advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

(1)    Plaintiff's Unopposed Motion to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 12] is **GRANTED**;

(2)    The Consent Decree [DE 12-1] is **APPROVED**, and all claims against Defendants The Merchants #1 of Davie, Inc., and 6553 Real Estate Assoc., Inc., are hereby **DISMISSED with prejudice**;

(3)    The Court will retain jurisdiction to enforce the Consent Decree; and

(4)    Plaintiff and Defendants shall each bear their own attorneys' fees and costs except as detailed in the Consent Decree.

(5) The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of November, 2015.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF